Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231

San Antonio
FRI 29 AUG

U.S. District Clerk's Office
262 West Nueva St. Rm 1-400
San Antonio, TX 78207

RECEIVED
SEP -2 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SA25CA1112 XR MJ-ESC