# UNITED STATES DISTRICT COURT
for the
Western District of Texas San Antonio Division

| | |
|---|---|
| **MARK ANTHONY ORTEGA** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**CAN I HAVE MONEY LLC and RALPH MISSRY** )<br>)<br>*Defendant* ) | Civil Action No. 5:25-cv-01112-XR |

## AFFIDAVIT OF SERVICE

I, Whitney Ogbewele Ekata, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 10, 2025, at 2:07 PM. I delivered these documents to Can I Have Money LLC in Kings County, NY on November 11, 2025, at 10:28 am at 2067 McDonald Ave, Brooklyn, NY 11223 by leaving the following documents with Jerry Floyd who as Manager, is authorized by appointment or by law to receive service of process for Can I Have Money LLC.

Summons
Plaintiff's Original Complaint
Civil Cover Sheet

Additional Description:
The subject refuse to accept the document, I drop it in front of him

White Male, est. age 35-44, glasses: Y, Black hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.6020383333,-73.9725033333
Photograph: See Exhibit 1

Total Cost: $105.00

My name is Whitney Ogbewele Ekata, I am 18 years of age or older, and my address is 365 THATFORD AVE, APT 7D, Brooklyn , NY 11212, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Essex County, NJ on 11/11/2025.

/s/ *Whitney Ogbewele Ekata*

Whitney Ogbewele Ekata
+1 (615) 635-7062
Certification Number: 2131269-DCWP
Expiration Date: 2/28/2026



Exhibit 1a)