# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Mark Anthony Ortega** ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> ) <br> **CAN I HAVE MONEY LLC** ) <br> ) <br> *Defendant* ) | Civil Action No. 5:25-cv-01112-XR |

## AFFIDAVIT OF SERVICE

I, Javon Cummings, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 7, 2025, at 5:47 pm. I delivered these documents to Ralph Missry in Kings County, NY on November 21, 2025 at 10:40 am at 1544 Ocean Pkwy, Apt 1A, Brooklyn, NY 11230-7089 by personal service by handing the following documents to an individual identified as Ralph Missry.

SUMMONS IN A CIVIL ACTION
PLAINTIFF'S ORIGINAL COMPLAINT
CIVIL COVER SHEET

White Male, est. age 25-34, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.6110166667,-73.96852
Photograph: See Exhibit 1

Total Cost: $105.00

My name is Javon Cummings, I am 18 years of age or older, and my address is 59 Law Street, Valley Stream, NY 11580, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>  Queens County                    </u>,
<u>   NY    </u> on <u>  11/21/2025           </u>.

/s/ *Javon Cummings*
_____
Javon Cummings
+1 (203) 584-2151
Certification Number: 2036513-DCA
Expiration Date: 2/28/2026

