UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA § § *Plaintiffs*, § § v. § § CAN I HAVE MONEY LLC and § RALPH MISSRY § § *Defendants*. § | Case No. 5:25-CV-1112-MA |

### DEFENDANTS' MOTION TO EXTEND
### DEADLINE TO ANSWER OR OTHER RESPOND

NOW COME Defendants Can I Have Money, LLC ("CIHM") and Ralph Missry (together with CIHM, "Defendants") to request pursuant to Rule 6(b) of the Federal Rules of Civil Procedure that the Court to extend Defendants deadline to answer or otherwise respond to the Original Complaint (Dkt. 1) submitted by Plaintiff Mark Anthony Ortega ("Plaintiff") to and until January 2, 2026, for good cause.

1. In the Original Complaint Plaintiff purports to present federal and Texas state law claims against Defendants arising out of the harassment Plaintiff alleged suffered as a consequence of Defendant CIHM's marketing of its merchant cash advance business which marketing activity, according to Plaintiff's information and belief, Defendant Missry personally directed. (Dkt. 1).

2. Shortly after being advised of the Complaint, Defendants' legal counsel in New York, where Defendants are located, contacted Plaintiff in an effort to resolve the dispute on November 20 and November 26, 2025. Defendants' counsel perceived as productive albeit unsuccessful. On December 1, 2025, in conjunction with those discussions, Defendants requested an extension of the deadline to answer on behalf of CIHM and Missry, which the court record to be December 2 and 12, respectively. Plaintiff declined the request extension.

3. On December 2, 2025, Defendants promptly engaged the undersigned counsel. Derick J. Rodgers, one of the undersigned counsel contacted Plaintiff on December 2, 2025, to request an extension to afford litigation counsel some time to gather facts from the clients and properly respond to the Complaint. Plaintiff again denied Defendants' request to extend the deadlines to answer or respond without payment from Defendants.

4. To allow Defendants recently retained counsel time to confer with Defendants, gather information, more fully review the nature of Plaintiff's claims set forth in the Complaint, and adequately prepare their response to the allegations in the Complaint, including but not limited to a motion under Rule 12(b), Defendants respectfully request that the Court grant both Defendants' request for an extension of thirty (30) days to and until January 2, 2026 to prepare and submit its response to Plaintiff's Original Complaint on behalf of both Defendants. This request for an extension to respond to Plaintiff's Original Complaint is not made merely for purposes of delay but to ensure that justice be done.

WHEREFORE, the foregoing considered and good cause shown, Defendants respectfully request that the Court grant Defendants thirty (30) days' extension or such other time as the Court may deem reasonable to answer or otherwise respond to the Original Complaint, including a motion under Rule 12, and such further and additional relief to which they may be legally or equitably entitled.

Respectfully submitted,

By: /s/ Ricardo G. Cedillo
  Ricardo G. Cedillo
  Texas Bar No. 04043600
  Derick J. Rodgers
  Texas Bar No. 24002857

**DAVIS, CEDILLO & MENDOZA, INC.**
755 E. Mulberry Ave., Ste. 250
San Antonio, Texas 78209
Telephone:  210.822.6666
Facsimile:   210.660.3795
Email:      rcedillo@lawdcm.com
            drodgers@lawdcm.com

## CERTIFICATE OF SERVICE

I certify that on December 2, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ Ricardo G. Cedillo
Ricardo G. Cedillo