UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:25-CV-1112-MA |
| CAN I HAVE MONEY LLC and RALPH MISSRY | § § § § | |
| *Defendants*. | | |

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND
DEADLINE TO ANSWER OR OTHER RESPOND**

On _____, the Court heard and considered *Defendants' Motion to Extend Deadline to Answer or Other Respond* filed December 2, 2025, in the above styled and numbered cause. Having considered *Defendants' Motion to Extend Deadline to Answer or Other Respond*, the Court is of the opinion that *Defendants' Motion to Extend Deadline to Answer or Other Respond* should be GRANTED and Defendant's deadline shall be extended to January 2, 2026.

It is hereby ORDERED that *Defendants' Motion to Extend Deadline to Answer or Other Respond* until January 2, 2026, should be GRANTED.

SIGNED this the \_\_\_\_ day of _____, 2025.

_____
JUDGE PRESIDING