FILED
December 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA, § | |
| § | |
| Plaintiff, § | |
| v. § | 5:25-CV-01112-MA |
| § | |
| CAN I HAVE MONEY LLC and § | |
| RALPH MISSRY, § | |
| § | |
| Defendants. § | |

**ORDER**

The Court now considers Defendants Can I Have Money, LLC and Ralph Missry's (together, "Defendants) "Motion to Extend Deadline to Answer or Other[wise] Respond."[1] In their motion, Defendants request that their deadlines to answer be extended from December 2, 2025,[2] and December 12, 2025,[3] to January 2, 2026.[4]

Because this request is made before the deadline, the Court evaluates it under the relatively lenient "good cause" standard, rather than the "excusable neglect" standard.[5] Defendants request the extension to give "recently retained counsel," engaged by Defendants on December 2, 2025, "time to confer with Defendants, gather information, more fully review the nature of Plaintiff's claims set forth in the Complaint, and adequately prepare their response to the allegations in the Complaint."[6]

---

[1] Dkt. No. 13.
[2] Dkt. No. 11.
[3] Dkt. No. 12.
[4] Dkt. No. 13, at 1.
[5] FED. R. CIV. P. 6(b).
[6] Dkt. No. 13, at 2.

The motion states that Defendants initially attempted to resolve this matter without further litigation, but they were unsuccessful. Defendants then attempted to obtain an extension of time without Court intervention, but again they were unsuccessful. Defendants then engaged the current attorney who also requested an extension but was again denied. The Court reminds Plaintiff that the Local Rules for the Western District of Texas provide that "[t]he Court expects a lawyer to grant other lawyers' requests for reasonable extensions of time."[7]

While Defendants' motion is opposed and the time to respond to this motion has not yet elapsed, the Court finds no reason for further delay. Based on the foregoing, the Court finds good cause to extend Defendants' deadline to answer or file a responsive pleading,

Accordingly, the Court **GRANTS** the requested extension. Defendants must file their responsive pleading no later than **January 5, 2026**. Should the parties reach an agreement on or before that date, they may inform the court by notice or by filing the appropriate motions.

IT IS SO ORDERED.

DONE this 3rd day of December, 2025, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[7] Local Rule, Section III Rule AT-4(b).