# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA § | |
| Plaintiff, § | |
| vs. § | |
| § | Case No. 5:25-CV-01112-MA |
| CAN I HAVE MONEY LLC and RALPH § | |
| MISSRY § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT

Plaintiff Mark Anthony Ortega hereby files this Notice of Settlement and respectfully inform the Court as follows:

The parties have reached a mutually agreeable settlement in principle that resolves all of Plaintiff's claims asserted against Defendants Can I Have Money LLC and Ralph Missry ("Defendants") in the above-captioned action.

The parties are currently in the process of finalizing and executing a formal written settlement agreement and preparing the necessary dismissal documents. The parties anticipate filing a Stipulation of Dismissal of Plaintiff's claims within Thirty (30) days from the date of this Notice, or by such other date as the Court may direct.

In light of this settlement, the Plaintiff respectfully requests that the Court vacate all pending pretrial deadlines and hearings related to this case. The Plaintiff further requests that the Court stay all proceedings in this action for Thirty (30) days to allow the parties to consummate their settlement and file the Stipulation of Dismissal.

Dated: January 2, 2026                                   Respectfully submitted,

/s/ *Mark Anthony Ortega*
**Mark Anthony Ortega**
Plaintiff, Pro Se
mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
Telephone: (210) 744-9663

## CERTIFICATE OF SERVICE

    I certify that on January 2, 2026 a copy of this document was served on all parties through the Court's CM/ECF filing system.

/s/ *Mark Anthony Ortega*
Mark Anthony Ortega